# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

DEMARCO RANDELL WITCHARD, :
:
Plaintiff, :
:
v. : CIVIL ACTION NO.: CV509-040
:
GEORGIA DEPARTMENT OF :
CORRECTIONS; CORRECTIONS :
CORPORATION OF AMERICA; :
COFFEE COUNTY FACILITY; :
Warden GOODRICH; and JAMES :
E. DONALD, :
:
Defendants. :

## O R D E R

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's complaint is **DISMISSED**, pursuant to 28 U.S.C.A. §§ 1915 (e)(2)(B)(ii) and 1915A(b). The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment.

**SO ORDERED**, this 28 day of September, 2009.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev. 8/82)